**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REGENERON PHARMACEUTICALS, INC.,

        Plaintiff,

    v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services,

CENTERS FOR MEDICARE AND MEDICAID SERVICES, and

SEEMA VERMA, in her official capacity as the Administrator of the Centers for Medicare and Medicaid Services,

        Defendants.

---

Case No. 20-CV-10488 (KMK)

ECF Case

### NOTICE OF PLAINTIFF REGENERON PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

**PLEASE TAKE NOTICE** that upon (i) the accompanying Memorandum of Law in Support of Plaintiff Regeneron Pharmaceuticals, Inc.'s Motion for Leave to File Under Seal (the "Motion"), and (ii) the Declaration of Daniel Cellucci in Support of Plaintiff's Motion, dated December 11, 2020, the undersigned will move this Court before the Honorable _____, United States District Judge, in ____, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a date and time to be determined by the Court, for an Order directing that (1) portions of the Memorandum of Law in support of Plaintiff's Order to Show Cause for a Preliminary Injunction, Temporary Restraining

Order, and an Expedited Briefing Schedule containing the Confidential Information (as that term is used in the Motion) be redacted and sealed in this matter and remain sealed unless and until the seal is lifted by Order of the Court, (2) portions of the Declaration of Richard O'Neal in support of Plaintiff's Order to Show Cause for a Preliminary Injunction, Temporary Restraining Order, and an Expedited Briefing Schedule containing the Confidential Information (as that term is used in the Motion) be redacted and sealed in this matter and remain sealed unless and until the seal is lifted by Order of the Court, and (3) granting such other further relief as the Court may deem just and proper.

Dated:   New York, New York
         December 11, 2020

Granted.
12/11/2020

SO ORDERED

KENNETH M. KARAS U.S.D.J.

Respectfully submitted,

/s/ Robert W. Allen
Robert W. Allen, P.C.
Daniel Cellucci
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
bob.allen@kirkland.com
dan.cellucci@kirkland.com

Paul D. Clement (*pro hac vice forthcoming*)
George W. Hicks, Jr. (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. NW
Washington, D.C.  20004
Tel:  (202) 389 5000
Fax:  (202) 389-5200
paul.clement@kirkland.com
george.hicks@kirkland.com

*Counsel for Plaintiff Regeneron Pharmaceuticals, Inc.*