AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Regeneron Pharmaceuticals, Inc., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:20-cv-10488-KMK |
| U.S. Dept. of Health and Human Services, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Society of Clinical Oncology.

Date:  12/16/2020

*Meredythe Ryan*
*Attorney's signature*

Meredythe Ryan
*Printed name and bar number*

Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*Address*

meredythe.ryan@ropesgray.com
*E-mail address*

(212) 596-9628
*Telephone number*

(646) 728-1609
*FAX number*